**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased;<br><br>                 Plaintiffs,<br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No.: 1:24−CV−00885−EPG<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

　　In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant County of Fresno (attached hereto as Exhibit "A").

 DATED: August 15, 2024

　　　　　　　　　　　　　　　　　　LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　　　　　By:  */s / Dale K. Galipo*
　　　　　　　　　　　　　　　　　　Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

Civil Action No. **1:24-cv-00885-EPG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **COUNTY OF FRESNO**
**was received by me on  August 06, 2024**

☐ I personally served the  on the individual at  on

☐ I left the  at with , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address.

☒ I served the **Summons** to **Hana Cesar, Deputy County Clerk**, who is designated by law to accept service of process on *(date)* **August 7, 2024** at **2:31 PM.**

☐ other *(specify):*

*My fees are $ for travel and $ for services, for a total of* **$ 184.75**

I declare under penalty of perjury that this information is true.

*Date:* **8/9/2024**

*Server's signature*

**Joseph Cassinerio, III**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.: S-238 / County: FRESNO**
*Server's Address*

Additional information regarding attempted service, etc.:

**In addition to the Summons, the following documents, "COMPLAINT, CIVIL COVER SHEET, ORDER SETTING MANDATORY SCHEDULING CONFERENCE, CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1), INITIAL ORDER RE: CASES ASSIGNED UNDER APP. A, SUB (M); MAGISTRATE JUDGE CONSENT TO CIVIL CASES: KNOW YOUR RIGHTS!, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271" were also served**

**AMALIA DEEL, et al. vs COUNTY OF FRESNO**