1

**P O R T E R | S C O T T**

2

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397

3

Alison J. Southard, SBN 335716

4

2180 Harvard Street, Suite 500
Sacramento, CA 95815

5

TEL: 916.929.1481
FAX: 916.927.3706

6

wcamy@porterscott.com
asouthard@porterscott.com

7

Attorneys for Defendant COUNTY OF FRESNO

8

9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

10

11

12

AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased,

13

14

Plaintiffs,

15

vs.

16

COUNTY OF FRESNO; and DOES 1-10, inclusive,

17

18

Defendants.

19

**Case No.: 1:24-cv-00885-EPG**

**DEFENDANT COUNTY OF FRESNO'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S COMPLAINT**

**Date:** **October 4, 2024**
**Time:** **10:00 a.m.**
**Location:** **Courtroom: 10, 6th Floor**

/   Complaint filed 8/1/2024

20

PLEASE TAKE NOTICE that on the above date and time, or as soon thereafter as the matter may

21

be heard, in Courtroom 10, 6th floor, of the United States District Court, Eastern District, located at 2500

22

Tulare Street, Fresno, CA  93721, Defendant COUNTY OF FRESNO will move this Court for an order

23

dismissing Plaintiffs' Complaint against them with prejudice on the following grounds:

24

1.  Plaintiffs' Fourth Claim for Violation of the American with Disabilities Act (42 U.S.C. Section 12132) Against the County Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Decedent was Disabled Within the Meaning of the ADA;

25

26

2.  Plaintiffs' Fourth Claim for Violation of the American with Disabilities Act (42 U.S.C. Section 12132) Against the County Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest

27

28

{02058549.DOCX}

DEFENDANT COUNTY OF FRESNO'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S COMPLAINT

Responding Fresno Sheriff's Office Deputies Knew Decedent Was Disabled as Plaintiffs Allege;

3.  Plaintiffs' Fourth Claim for Violation of the American with Disabilities Act (42 U.S.C. Section 12132) Against the County Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Responding Deputies Discriminated Against Decedent Because of His Alleged Disability;

4.  Plaintiffs' Fifth Claim for Battery Against the County Fails Because Plaintiffs' Have Not Pled Facts Suggesting the Use of Force Was Unreasonable Under the Totality of Circumstances;

5.  Plaintiffs' Sixth Claim for Negligence Against the County Fails Because Plaintiffs Have Not Pled Sufficient Facts to Suggest Responding Deputies' Acted Unreasonably;

6.  Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled Sufficient Facts to Suggest the Responding Deputies Violated Decedent's Fourth Amendment Right to be Free from Use of Excessive Force;

7.  Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled Sufficient Facts to Suggest the Responding Deputies Violated Decedent's Fourth Amendment Right to Medical Care;

8.  Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled Sufficient Facts to Suggest the Responding Deputies Violated Plaintiffs' or Decedent's Fourteenth Amendment Right to a Familial Relationship;

9.  Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled Sufficient Facts to Suggest the Responding Deputies Specifically Intended to Violate Plaintiffs' or Decedent's Rights.

This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, and the entire court file and any other pleadings, evidence, or legal arguments that may be presented at the time of the hearing to the extent one is held.

*{02058549.DOCX}*

DEFENDANT COUNTY OF FRESNO'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S COMPLAINT

1

Dated:    August 28, 2024                    PORTER SCOTT

2                                            A PROFESSIONAL CORPORATION

3

4                                            By:      /s/ *William E. Camy*
                                                      William E. Camy
5                                                     Alison J. Southard
                                                      Attorneys for Defendant
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*{02058549.DOCX}*

DEFENDANT COUNTY OF FRESNO'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA
DEEL AND MICHAEL DEEL'S COMPLAINT