# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| AMALIA DEEL, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00885-EPG |
| COUNTY OF FRESNO ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COUNTY OF FRESNO.

Date:   08/29/2024

/s/ Alison J. Southard
*Attorney's signature*

Alison J. Southard, SBN 335716
*Printed name and bar number*

2180 Harvard Street, Suite 500
Sacramento, CA 95815

*Address*

asouthard@porterscott.com
*E-mail address*

(916) 929-1481
*Telephone number*

(916) 927-3706
*FAX number*