**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00885-KES-EPG<br><br>[*Honorable Kirk E. Sherriff*]<br>Magistrate Judge Erica P. Grosjean<br><br>**NOTICE OF ERRATA RE: JOINT SCHEDULING REPORT (Dkt. No. 15).**<br><br>[*Corrected Joint Scheduling Report Attached as an Exhibit hereto*] |

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

TO THIS HONORABLE COURT:

   Plaintiffs hereby submit the following Notice of Errata and Corrected Joint Scheduling Report, attached hereto as "Exhibit A."  The attached Corrected Joint Status Report corrects the caption to "EASTERN DISTRICT OF CALIFORNIA" from "CENTRAL DISTRICT OF CALIFORNIA" as is reflected on the previously filed Joint Scheduling Report (Dkt. No. 15). No further changes were made to the attached Joint Scheduling Report.

DATED: October 29, 2024          LAW OFFICES OF DALE K. GALIPO

                                 */s/ Shannon J. Leap*
                                 _____
                                 Dale K. Galipo
                                 Shannon J. Leap
                                 *Attorney for Plaintiffs*