**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*s

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00885-KES-EPG<br><br>[*Honorable Kirk E. Sherriff*]<br>Magistrate Judge Erica P. Grosjean<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

      Please remove Shannon J. Leap, counsel of record for Plaintiffs, Amalia Deel and Michael Deel, from the docket of this case. Dale K. Galipo of Law Offices of Dale K. Galipo will continue to serve as counsel of record for the above named Plaintiffs.

DATED: January 17, 2025            **LAW OFFICES OF DALE K. GALIPO**

                                              /s/     Shannon J. Leap
                                              Dale K. Galipo
                                              Shannon J. Leap
                                              *Attorneys for Plaintiff*