**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant COUNTY OF FRESNO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 1:24-cv-00885-KES-EPG<br><br>**JOINT STATEMENT REGARDING MOTION TO DISMISS**<br><br>Complaint filed 8/1/2024 |

Pursuant to the Court's January 23, 2025, Order Granting Stipulation for Plaintiff to File First Amended Complaint ("FAC") (ECF No. 26), the parties hereby submit the following statement regarding Defendant County of Fresno ("the County")'s pending Motion to Dismiss:

The parties agree that the County's pending Motion to Dismiss is now moot given that Plaintiffs have filed the FAC. However, Defendants reserve the right to refile a similar motion as to the FAC if they deem such a motion is appropriate.

*{02058549.DOCX}*

1
JOINT STATEMENT REGARDING MOTION TO DISMISS

| | | |
|---|---|---|
| Dated: January 30, 2025 | | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By: | /s/ *Alison J. Southard*<br>William E. Camy<br>Alison J. Southard<br>Attorneys for Defendants |
| Dated: January 30, 2025 | | THE LAW OFFICES OF DALE K. GALIPO |
| | By: | /s/ *Eric Valenzuela*<br>Dale K. Galipo<br>Eric Valenzuela<br>Attorneys for Plaintiffs |

*{02058549.DOCX}*