PORTER | SCOTT

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant COUNTY OF FRESNO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; and DOES 1-10, inclusive,<br><br>        Defendants. | **Case No.: 1:24-cv-00885-KES-EPG**<br><br>**DEFENDANTS COUNTY OF FRESNO AND JEROD NORTH'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S FIRST AMENDED COMPLAINT**<br><br>**Date:**        **April 7, 2025**<br>**Time:**        **1:30**<br>**Location:**     **Courtroom 6, 7th floor** |
| _____ / | Complaint filed 8/1/2024 |

PLEASE TAKE NOTICE that on the above date and time, or as soon thereafter as the matter may be heard, in Courtroom 10, 6th floor, of the United States District Court, Eastern District, located at 2500 Tulare Street, Fresno, CA  93721, Defendants COUNTY OF FRESNO ("the County") and JEROD NORTH ("Deputy North") (collectively, "County Defendants") will move this Court for an order dismissing Plaintiffs' Complaint against them with prejudice on the following grounds:

1. Plaintiffs' First Claim for Violation of the Fourth Amendment – Excessive Force (42 U.S.C. Section 1983) Against Deputy North Fails Because Plaintiffs Have Pled Insufficient Facts to

*{02058549.DOCX}*

DEFENDANTS COUNTY OF FRESNO AND JEROD NORTH'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S FIRST AMENDED COMPLAINT

Suggest Deputy North Violated Decedent's Fourth Amendment Right to be Free from Use of Excessive Force;

2. Plaintiffs' Second Claim for Violation of the Fourth Amendment – Denial of Medical Care (42 U.S.C. Section 1983) Against Deputy North Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Deputy North Violated Decedent's Fourth Amendment Right to Medical Care;

3. Plaintiffs' Third Claim for Violation of the Fourteenth Amendment – Substantive Due Process (42 U.S.C. Section 1983) Against Deputy North Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Deputy North Violated Plaintiffs' or Decedent's Fourteenth Amendment Right to a Familial Relationship;

4. Plaintiffs' Fourth Claim for Violation of the American with Disabilities Act (42 U.S.C. Section 12132) Against the County Defendants Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Decedent was Disabled Within the Meaning of the ADA;

5. Plaintiffs' Fourth Claim for Violation of the American with Disabilities Act (42 U.S.C. Section 12132) Against the County Defendants Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Deputy North or Any Other Alleged Responding Fresno Sheriff's Office Deputies ("Responding Deputies") Knew Decedent Was Disabled as Plaintiffs Allege;

6. Plaintiffs' Fourth Claim for Violation of the American with Disabilities Act (42 U.S.C. Section 12132) Against the County Defendants Fails Because Plaintiffs Have Pled Insufficient Facts to Suggest Deputy North or Any Other Alleged Responding Deputies Discriminated Against Decedent Because of His Alleged Disability;

7. Plaintiffs' Fifth Claim for Battery Against the County Defendants Fails Because Plaintiffs' Have Not Pled Facts Suggesting the Use of Force Was Unreasonable Under the Totality of Circumstances;

8. Plaintiffs' Sixth Claim for Negligence Against the County Defendants Fails Because Plaintiffs Have Not Pled Sufficient Facts to Suggest Deputy North or Any Other Alleged Responding Deputies' Acted Unreasonably;

{02058549.DOCX}

DEFENDANTS COUNTY OF FRESNO AND JEROD NORTH'S NOTICE OF MOTION AND MOTION TO DIMSISS PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S FIRST AMENDED COMPLAINT

1

9. Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled

2

Sufficient Facts to Suggest Deputy North or Any Other Alleged Responding Deputies Violated

3

Decedent's Fourth Amendment Right to be Free from Use of Excessive Force;

4

10. Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled

5

Sufficient Facts to Suggest Deputy North or Any Other Alleged Responding Deputies Violated

6

Decedent's Fourth Amendment Right to Medical Care;

7

11. Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled

8

Sufficient Facts to Suggest Deputy North or Any Other Alleged Responding Deputies Violated

9

Plaintiffs' or Decedent's Fourteenth Amendment Right to a Familial Relationship;

10

12. Plaintiffs' Seventh Claim for Violation of the Bane Act Fails Because Plaintiffs Have Not Pled

11

Sufficient Facts to Suggest Deputy North or any Other Alleged Responding Deputies

12

Specifically Intended to Violate Plaintiffs' or Decedent's Rights.

13

This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, and the

14

entire court file and any other pleadings, evidence, or legal arguments that may be presented at the time of

15

the hearing to the extent one is held.

16

17

Dated:    February 14, 2025                          PORTER SCOTT

18

A PROFESSIONAL CORPORATION

19

20

By:     /s/ *William E. Camy*
                                                                     William E. Camy

21

Alison J. Southard
Attorneys for Defendant

22

23

24

25

26

27

28

*{02058549.DOCX}*

DEFENDANTS COUNTY OF FRESNO AND JEROD NORTH'S NOTICE OF MOTION AND MOTION TO DIMSISS
PLAINTIFFS AMALIA DEEL AND MICHAEL DEEL'S FIRST AMENDED COMPLAINT