LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for *Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL, et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF FRESNO, et al., ; and DOES 1-10,<br><br>    Defendants. | Case No. 1:24-cv-00885-KES-EPG<br><br>**JOINT DISCOVERY STATUS REPORT**<br><br>Date: May 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6, 7TH Floor |

Pursuant to the Court's Order (Doc. 20), the parties hereby submit the following joint report regarding the status of discovery.

### STATUS OF CASE

Plaintiffs have propounded written discovery, including Request for Production of Documents. Plaintiffs have also subpoenaed documents from third parties such as the Decedent's medical providers and from the Fresno Police Department, which conducted the investigation into this deputy involved shooting.

Defendants have been waiting for a ruling on their pending Motion to Dismiss to propound written discovery, but plan to propound discovery soon, as the Court recently took the Motion under submission. (ECF No. 34.)

### ADDITIONAL DISCOVERY NEEDED

Defendants need to propound written discovery and subpoena records. The parties intend to take the depositions of the parties, the involved deputies, and of other third party witnesses, including the medical examiner.

### POTENTIAL FOR SETTLEMENT

After conducting some initial depositions, the parties will be in a better position to have meaningful settlement discussions, including whether to request a settlement conference.

### OTHER ISSUES

Plaintiffs have been in discussions with the defense regarding some documents which were identified in the investigation reports which may not have been produced in response to Plaintiff's Request for Production of Documents. Plaintiffs remain hopeful that this issue will be resolved without the Court's intervention.

Defense counsel is following up with the County regarding the referenced documents and also remain hopeful this issue will be resolved without the Court's intervention.

Additionally, given the pending Motion to Dismiss, Defendants feel it would be best to continue the current trial date and pretrial deadlines, including but not limited to any deadlines regarding non-expert discovery, expert discovery, and dispositive motions.

DATED: April 30, 2025            LAW OFFICES OF DALE K. GALIPO

By            /s/ *Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiffs

DATED: April 30, 2025            PORTER SCOTT
A PROFESSIONAL CORPORATION

By            /s/ *Alison J. Southard*
Alison J. Southard
Attorneys for Defendants