LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367

Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant COUNTY OF FRESNO AND JEROD NORTH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; JEROD NORTH; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 1:24-cv-00885-KES-EPG<br><br>**JOINT STATUS REPORT**<br><br>Complaint filed 8/1/2024 |

*{02058549.DOCX}*

The parties hereby submit the following joint report regarding the status of discovery in advance of the Mid-Discovery Status Conference. (ECF No. 37.)

**STATUS OF CASE**

The parties have exchanged written discovery, including Request for Production of Documents. Plaintiffs have also subpoenaed documents from third parties such as the Decedent's medical providers and from the Fresno Police Department, which conducted the investigation into this deputy involved shooting.

**ADDITIONAL DISCOVERY NEEDED**

The parties intend to take the depositions of the parties, the involved deputies, and of other third party witnesses, including the medical examiner.

**POTENTIAL FOR SETTLEMENT**

After conducting some initial depositions, the parties will be in a better position to have meaningful settlement discussions, including whether to request a settlement conference.

**OTHER ISSUES**

A. **Plaintiffs' Other Issues**

Plaintiffs met and conferred with the defense regarding some documents which were identified in the investigation reports which may not have been produced in response to Plaintiff's Request for Production of Documents. Since meeting and conferring, the documents have been produced. Plaintiffs have also requested depositions notice by the defense, including of the Plaintiffs and Plaintiffs' family members, be conducted over zoom as opposed to in person. The defense does not appear agreeable to having these depositions take place over zoom and insist that they be taken in person.

B. **Defendants' Other Issues**

Additionally, given the pending Motion to Dismiss, Defendants feel it would be best to continue the current trial date and pretrial deadlines, including but not limited to any deadlines regarding non-expert discovery, expert discovery, and dispositive motions.

*{02058549.DOCX}*

Dated: October 1, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  /s/ *Alison J. Southard*
William E. Camy
Alison J. Southard
Attorney for Defendant

DATED: October 1, 2025

LAW OFFICES OF DALE K. GALIPO

By  /s/ *Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiffs

*{02058549.DOCX}*