**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant COUNTY OF FRESNO AND JEROD NORTH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; JEROD NORTH; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>_____/ | **Case No.: 1:24-cv-00885-KES-EPG**<br><br>**JOINT STATUS REPORT**<br><br>Complaint filed 8/1/2024 |

The parties hereby submit the following joint report regarding the status of discovery in advance of the Mid-Discovery Status Conference.  (ECF No. 40.)

**STATUS OF CASE**

The parties have exchanged  and responded to written discovery, including Request for Production of Documents.  Plaintiffs have also subpoenaed documents from third parties such as the Decedent's medical providers and from the Fresno Police Department, which conducted the investigation into this deputy involved shooting. The parties have taken depositions of all the parties and of some witnesses, including Jerod North, Amalia Deel, Michael Deel, Alycia Xiong, Nonish Xiong, and Michael Gong.

*{02058549.DOCX}*

1
JOINT STATUS REPORT

**ADDITIONAL DISCOVERY NEEDED**

The parties intend to complete fact discovery by the current deadline and then conduct expert discovery by the current deadlines.

**POTENTIAL FOR SETTLEMENT**

After conducting expert discovery, the parties will be in a better position to assess the likelihood of meaningful settlement discussions, including whether to request a settlement conference.

**OTHER ISSUES**

The parties do not believe there are any other issues and do not anticipate requesting any modifications to the discovery schedule.

Dated:    March 26, 2026                PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By:    */s/ William E. Camy*
                                               William E. Camy
                                               Alison J. Southard
                                               Attorney for Defendant

DATED: March 26, 2026          LAW OFFICES OF DALE K. GALIPO




                                        By  */s/ Eric Valenzuela*
                                            Eric Valenzuela
                                            Attorneys for Plaintiffs

*{02058549.DOCX}*

2
JOINT STATUS REPORT