LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL, et al.,<br><br>            Plaintiffs,<br><br>            vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>            Defendants | CASE NO. 1:24-cv-00885-KES-EPG<br><br>[*Honorable Kirk E. Sherriff*]<br>Magistrate Judge Erica P. Grosjean<br><br>**JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES**<br><br>[Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto, through their attorneys of record, as follows:

WHEREAS, the Court held a Status Conference on April 1, 2026.

WHEREAS, during the Status Conference, the Court notified the parties that they would need to conduct a Settlement Conference before the parties would be allowed to file a dispositive motion.

WHEREAS, during the Status Conference, Plaintiffs' counsel notified the Court that it would be their preference to continue the upcoming expert disclosures until after the parties have had a chance to conduct the Settlement Conference.

WHEREAS, the parties have contacted Magistrate Judge Jeremy D. Peterson for dates of availability and have reserved a date for the settlement conference.

WHEREAS, the Court has set a Settlement Conference before Magistrate Peterson for July 29, 2026 [Doc. # 46].

WHEREAS, the parties wish to have their Settlement Conference before incurring the substantial expenses and work associated with retaining experts, making the expert disclosures and with taking the depositions of the respective experts.

WHEREAS, in order to promote the prospects for success at the Settlement Conference and limit unnecessary expense, particularly as to the expert retention and the expert depositions, the parties request that the pending controlling dates set forth in the Court's Scheduling Order be continued until after the Settlement Conference has concluded.

WHEREAS, the initial expert disclosures are currently scheduled to be exchanged by June 25, 2026, the rebuttal expert disclosures due by July 27,26 and the expert discovery cut off is August 26, 2026 [Doc. # 40].

WHEREAS, there has been one prior request for continuance or extension regarding discovery.

-1-                                Case No. 1:24-cv-00885-KES-EPG
JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES

WHEREAS, such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Initial Expert Disclosures: | 06/25/26 | 08/31/26 |
| Rebuttal Expert Disclosures: | 07/27/26 | 09/25/26 |
| Expert Discovery Cut Off: | 08/26/26 | 10/30/26 |
| Dispositive Motions Filed By: | 10/13/26 | 12/04/26 |
| Pretrial Conference: | 03/08/27 | 06/07/27 |
| Trial: | 05/04/27 | 08/02/27 |

IT IS SO STIPULATED AND REQUESTED.

DATED:  April 14, 2026          LAW OFFICES OF DALE K. GALIPO


By  /s/ *Eric Valenzuela*[1]
Eric Valenzuela
Attorneys for Plaintiffs


DATED:  April 14, 2026          PORTER SCOTT
A PROFESSIONAL CORPORATION




By  /s/ *William Camy*
William Camy
Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES