**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMALIA DEEL, et al., | Case No. 1:24-cv-00885-KES-EPG |
| Plaintiffs, | **[PROPOSED] ORDER RE: JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES** |
| vs. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

ORDER FOR MODIFICATION OF SCHEDULING ORDER

The parties having stipulated thereto and good cause appearing,

IT IS HEARBY ORDERED:

The schedule set forth in the Scheduling Order [Doc. # 40], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Initial Expert Disclosures: | 06/25/26 | 08/31/26 |
| Rebuttal Expert Disclosures: | 07/27/26 | 09/25/26 |
| Expert Discovery Cut Off: | 08/26/26 | 10/30/26 |
| Dispositive Motions Filed By: | 10/13/26 | 12/04/26 |
| Pretrial Conference: | 03/08/27 | 06/07/27 |
| Trial: | 05/04/27 | 08/02/27 |

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:                , 2026

_____
Hon.  Kirk E. Sherriff
United States District Judge

ORDER FOR MODIFICATION OF SCHEDULING ORDER