**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Zahi Omari, SBN 349752
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
zomari@porterscott.com

Attorneys for Defendants COUNTY OF FRESNO AND JEROD NORTH

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased, | Case No.: **1:24-cv-00885-KES-EPG** |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | Complain filed 8/1/2024 |
| COUNTY OF FRESNO; JEROD NORTH; and DOES 1-10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Zahi Omari, of Porter Scott, A Professional Corporation, hereby enter my appearance as counsel for Defendants COUNTY OF FRESNO AND JEROD NORTH in this matter. I am a member of the State Bar of California and am admitted to Practice in the Eastern District of California. My address and Telephone Number are as follows:

Zahi Omari
Porter Scott
2180 Harvard Street, Suite 500
Sacramento, CA 95815
Telephone: 916-929-1481
Fax: 916-927-3706
zomari@porterscott.com

{02058549.DOCX}

1
NOTICE OF APPEARANCE

Dated:    July 7,2026                         PORTER SCOTT
                                              A PROFESSIONAL CORPORATION


                                              By:    */s/ Zahi Omari*
                                                         William E. Camy
                                                         Zahi Omari
                                                         Attorney for Defendants COUNTY OF
                                                         FRESNO AND JEROD NORTH

*{02058549.DOCX}*