**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased, | **Case No.: 1:24-cv-00885-KES-EPG** |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES AND SUBSEQUENT DEADLINES** |
| vs. | |
| COUNTY OF FRESNO; JEROD NORTH; and DOES 1-10, inclusive, | (ECF No. 53). |
| Defendants. | |

Plaintiffs AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased ("Plaintiffs") and Defendants COUNTY OF FRESNO AND JEROD NORTH (collectively "Defendants") (Plaintiffs and Defendants collectively referred to as "Parties") hereby stipulate as follows:

1.  On July 29, 2026, the Parties attended a Settlement Conference with Magistrate Judge Peterson.

2.  At the conclusion of the Settlement Conference, Judge Peterson made a mediators' proposal for a settlement. Plaintiffs have accepted the mediator's proposal. Defendants have accepted the mediator's proposal, subject to final approval by the County's Board of Supervisors and the County's risk pool. Pursuant to the terms of the mediator's proposal, Defendants have until September 23, 2026, to obtain final approval of the terms of the settlement.

3. Expert disclosures are presently due to be exchanged on August 31, 2026. Given the status of the tentative settlement, it would be a potentially large waste of the Parties' resources to force the parties to incur the time and expense to finalize expert reports, exchange expert disclosures, and commence expert discovery.

4. Given the foregoing, the Parties hereby stipulate to extend the deadline to disclose expert witnesses by approximately 60 days, and that all corresponding deadlines should be extended by 60 days thereafter.

5. The Parties thus request the Court issue an Order modifying the scheduling order to re-set the following dates:

    a.  Deadline for Expert Disclosures: November 2, 2026;

    b.  Deadline for Supplemental / Rebuttal Expert Disclosures: December 2, 2026;

    c.  Deadline to complete expert discovery: January 8, 2027;

    d.  Deadline to file dispositive motions: March 8, 2027;

    e.  Deadline to file joint pre-trial statement: August 16, 2027; and

    f.  Date of trial: October 18, 2027.

**IT IS SO STIPULATED.**

Dated:  August 4, 2026                LAW OFFICES OF DALE K. GALIPO
By:   */s/ Dale K. Galipo*
                                 Dale K. Galipo
                                 Attorney for Plaintiffs

Dated:    August 4, 2026              PORTER SCOTT
A PROFESSIONAL CORPORATION
By:   */s/ William E. Camy*

                                 William E. Camy
                                 Zahi Omari
                                 Attorney for Defendants

ORDER

The court, having reviewed the foregoing stipulation, and good cause appearing, hereby ORDERS the scheduling order shall be modified as follows:

1. Deadline for Expert Disclosures: November 2, 2026;

2. Deadline for Supplemental / Rebuttal Expert Disclosures: December 2, 2026;

3. Deadline to complete expert discovery: January 8, 2027;

4. Deadline to file dispositive motions: March 8, 2027;

5. Deadline to file joint pre-trial statement: August 16, 2027; and

6. Date of trial: October 19, 2027.

IT IS SO ORDERED.

Dated:   **August 4, 2026**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE