PORTER | SCOTT
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Zahi Omari, SBN 349752
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
zomari@porterscott.com
Attorneys for Defendant COUNTY OF FRESNO AND JEROD NORTH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased,

Plaintiffs,

vs.

COUNTY OF FRESNO; JEROD NORTH; and DOES 1-10, inclusive,

Defendants.

_______________________________________/

**Case No.: 1:24-cv-00885-KES-EPG**

**JOINT STATUS REPORT**

Complaint filed 8/1/2024

On July 29, 2026, the parties attended a settlement conference and reached a contingent settlement. (ECF No. 52). The court noted that the contingent settlement would be presented to the Fresno County Board of Supervisors for approval. Thereafter, the Fresno County Board of Supervisors approved the contingent settlement and the matter is now settled. Payment of the settlement is processing. Once payment is completed, a Stipulation to Dismiss will be filed.

Dated: September 30, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ Zahi Omari*
William E. Camy
Zahi Omari
Attorney for Defendant

DATED: September 30, 2026

LAW OFFICES OF DALE K. GALIPO

By */s/ Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiffs