LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

PORTER SCOTT
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Zahi Omari, SBN 349752
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
zomari@porterscott.com

Attorneys for Defendant COUNTY OF FRESNO AND JEROD NORTH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased;

Plaintiffs,

vs.

COUNTY OF FRESNO; and DOES 1-10, inclusive,

Defendants.

Case No. 1:24-cv-00885-KES-EPG

[*Honorable Kirk E. Sherriff*]
Magistrate Judge Erica P. Grosjean

**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

[Proposed] Order
*filed concurrently herewith*

**TO THIS HONORABLE COURT:**

Plaintiffs AMALIA DEEL and MICHAEL DEEL and Defendants COUNTY OF FRESNO and JEROD NORTH, by and through their respective attorneys of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

DATED: November 24, 2026 LAW OFFICES OF DALE K. GALIPO

By *\/s/ Dale K. Galipo*
Dale K. Galipo
Eric Valenzuela
*Attorney for Plaintiffs* AMALIA DEEL and MICHAEL DEEL

DATED: November 24, 2026 PORTER SCOTT

By */s/ William E. Camy*
William E. Camy
Zahi Omari
*Attorneys for Defendant* COUNTY OF FRESNO and JEROD NORTH