**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

AMALIA DEEL and MICHAEL DEEL, individually and as successors-in-interest to TYLER DEEL, deceased;

Plaintiffs,

vs.

COUNTY OF FRESNO; and DOES 1-10, inclusive,

Defendants.

Case No. 1:24-cv-00885-KES-EPG

[*Honorable Kirk E. Sherriff*]
Magistrate Judge Erica P. Grosjean

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation for Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this matter is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED: UNITED STATES DISTRICT COURT

____________________________________

HON. KIRK E. SHERRIFF