UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DEEL, *et al.*,<br>Plaintiffs,<br>v.<br>COUNTY OF FRESNO, *et al.*,<br>Defendants. | Case No. 1:24-cv-00885-KES-EPG<br>ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE<br>(ECF No. 59) |

On November 24, 2026, the parties filed a stipulation for dismissal of this action with prejudice. (ECF No. 59). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE